# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an [attorney must] either be a member in good standing of this Court's general bar or be granted [leave to appear pro hac vice as provided for] by Local Rules 83.12 through 83.14.

07CV 6625
JUDGE CONLON
MAGISTRATE JUDGE DENLOW

In the Matter of

CARDIONET, INC.
v.
LIFEWATCH CORPORATION, HANNA KONARZEWKA, M.D., DOE 1 and DOE 2

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff CARDIONET, INC.

FILED
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Alisa Simmons |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alisa Simmons |

| FIRM |
|---|
| Marshall, Gerstein & Borun LLP |

| STREET ADDRESS |
|---|
| 233 South Wacker Drive, 6300 Sears Tower |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606-6357 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6270618 | 312-474-6300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐