AE

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an [attorney] must either be a member in good standing of this Court's general bar or be granted [leave to appear pro hac vice] as provided for by Local Rules 83.12 through 83.14.

07CV 6625
JUDGE CONLON
MAGISTRATE JUDGE DENLOW

In the Matter of

CARDIONET, INC.
v.
LIFEWATCH CORPORATION, HANNA KONARZEWKA, M.D., DOE 1 and DOE 2

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff CARDIONET, INC.

FILED
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Gregory J. Chinlund | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Gregory J. Chinlund | |
| FIRM<br>Marshall, Gerstein & Borun LLP | |
| STREET ADDRESS<br>233 South Wacker Drive, 6300 Sears Tower | |
| CITY/STATE/ZIP<br>Chicago, IL 60606-6357 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6236846 | TELEPHONE NUMBER<br>312-474-6300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |