UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 2 6 2007 NF
NOV 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CARDIONET, INC.,

    Plaintiff,

v.

LIFEWATCH CORP., HANNA
KONARZEWKA, M.D., DOE 1 & DOE 2.

    Defendants.

07CV 6625
JUDGE CONLON
MAGISTRATE JUDGE DENLOW

## CARDIONET'S LOCAL RULE 3.2
## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Local General Rule LR3.2, Plaintiff CardioNet, Inc. provides the following notification to the court of its affiliates:

CardioNet, Inc., a California corporation, is more than 5% owned by Boston Scientific and Hambrecht & Quist Capital Management, which are publicly traded companies. No other affiliate, as defined by Local Rule 3.2, is publicly traded.

Dated: November 26, 2007

Respectfully submitted,

CARDIONET, INC.

By: /s/ Alisa Simmons

Thomas L. Duston
Gregory J. Chinlund
Alisa C. Simmons
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (pro hac vice application to be filed)
Julie L. Fieber (pro hac vice application to be filed)
Amy L. Kashiwabara (pro hac vice application to be filed)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Attorneys for Plaintiff CARDIONET, INC.