# United States District Court for the Northern District of Illinois

Case Number: 07CV6625              Assigned/Issued By: NF

Judge Name: CONLON                  Designated Magistrate Judge: DENLOW

## FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP         [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 10342169

Date Payment Rec'd: 11/26/7    Fiscal Clerk: NF

## ISSUANCES

[✓] Summons                          [ ] Alias Summons
[ ] Third Party Summons              [ ] Lis Pendens
[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                                     _____
[ ] Citation to Discover Assets      _____
                                     (Victim, Against and $ Amount)
[ ] Writ _____
        (Type of Writ)

__2__ Original and __2__ copies on __11/26/7__ as to __DEF'S 1-2__
                                  (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05