UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFEWATCH CORP., HANNA KONARZEWKA, M.D., DOE 1 and DOE 2. <br><br> Defendants. | Case No. 07 C 6625 <br><br> Judge Suzanne B. Conlon <br><br> Magistrate Judge Morton Denlow |

**PLAINTIFF CARDIONET'S NOTICE OF EMERGENCY MOTION
AND EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2007 at 9:00 a.m. in Courtroom 1743 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, before the Honorable Judge Suzanne B. Conlon, Plaintiff CardioNet, Inc. will and hereby does move this Court for an order allowing expedited discovery in this action.

This Motion is made on the grounds that allowing expedited discovery is necessary and proper in connection with its request for a preliminary injunction, which is directed to preventing Defendants from using information they have improperly obtained until this matter can be resolved on its merits.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the affidavits of Michael F. Kelleher and Edward Stone filed herewith, and all

pleadings and records on file in this action, and any oral argument that the Court permits.

                          Respectfully submitted,

                          CARDIONET, INC.

Dated: November 29, 2007        By: s/Gregory J. Chinlund
                                    Thomas L. Duston
                                    Gregory J. Chinlund
                                    Alisa C. Simmons
                                    MARSHALL, GERSTEIN & BORUN LLP
                                    233 South Wacker Drive, 6300 Sears Tower
                                    Chicago, Illinois 60606-6357
                                    Telephone: (312) 474-6300
                                    Facsimile: (312) 474-0448

                                    FOLGER LEVIN & KAHN LLP
                                    Michael F. Kelleher (pro hac vice application to be filed)
                                    Julie L. Fieber (pro hac vice application to be filed)
                                    Amy L. Kashiwabara (pro hac vice app. to be filed)
                                    Embarcadero Center West
                                    275 Battery Street, 23rd Floor
                                    San Francisco, CA  94111
                                    Telephone: (415) 986-2800
                                    Facsimile: (415) 986-2827

                                    Attorneys for Plaintiff CARDIONET, INC.

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I electronically filed the foregoing Notice of Emergency Motion and Emergency Motion for Expedited Discovery with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Sean W. Gallagher
Sean.Gallagher@bartlit-beck.com

                                              s/ Gregory J. Chinlund_____
Gregory J. Chinlund
Attorney for CardioNet, Inc.
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6357
(312) 474-6300 (Phone)
(312) 474-0448 (Facsimile)