UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>LIFEWATCH CORP., HANNA KONARZEWKA, M.D., DOE 1 and DOE 2.<br><br>   Defendants. | Case No. 07 C 6625<br><br>Judge Suzanne B. Conlon<br><br>Magistrate Judge Morton Denlow |

___

**PLAINTIFF CARDIONET'S NOTICE OF MOTION
FOR ENTRY OF PRELIMINARY INJUNCTION ON EXPEDITED BASIS**
___

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2007 at 9:00 a.m. in Courtroom 1473 of the United States District court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, before the Honorable Judge Suzanne B. Conlon, Plaintiff CardioNet, Inc. will and hereby does move this Court for entry of a preliminary injunction enjoining Defendants LifeWatch, Konarzewka, Doe 1, Doe 2, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise (the "Enjoined Parties") as follows:

  1. The Enjoined Parties and each of them are enjoined from copying or using any information, including computer code, obtained through the examination, use or testing of the CardioNet MCOT kits which are the subject of the Plaintiff's Complaint;

2. The Enjoined Parties and each of them are enjoined from conducting any further examination, analysis or testing of information previously obtained from the CardioNet MCOT kits which are the subject of the Plaintiff's Complaint, including any computer object code or source code obtained from those kits;

3. The Enjoined Parties and each of them are enjoined from any further breaches of the Assignment of Benefits and Services Agreement; and

The Enjoined Parties and each of them are hereby directed to preserve any and all information, materials, computer code, records, test data, email, communications, or other information, documentation, or electronic files reflecting information gained from examination of the CardioNet MCOT kits, the analysis or use of information gained from that examination, or that otherwise relate or refer to those devices, their examination, or the information obtained thereby.

This motion is made on the grounds that LifeWatch should be prohibited from using the information it illegally obtained from CardioNet's devices. CardioNet seeks this relief based on: its fourth claim for relief (fraud), fifth claim for relief (breach of contract), sixth (interference with contract), and eighth claims for relief (unfair competition).

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the affidavits of Michael F. Kelleher and Edward Stone filed herewith, and all pleadings and records on file in this action, and any oral argument that the Court permits.

>Respectfully submitted,
>
>CARDIONET, INC.

Dated: November 29, 2007                By: s/Gregory J. Chinlund_____
>Thomas L. Duston
>Gregory J. Chinlund
>Alisa C. Simmons
>MARSHALL, GERSTEIN & BORUN LLP
>233 South Wacker Drive, 6300 Sears Tower
>Chicago, Illinois 60606-6357
>Telephone: (312) 474-6300
>Facsimile: (312) 474-0448
>
>FOLGER LEVIN & KAHN LLP
>Michael F. Kelleher (pro hac vice application to be filed)
>Julie L. Fieber (pro hac vice application to be filed)
>Amy L. Kashiwabara (pro hac vice app. to be filed)
>Embarcadero Center West
>275 Battery Street, 23rd Floor
>San Francisco, CA  94111
>Telephone: (415) 986-2800
>Facsimile: (415) 986-2827
>
>Attorneys for Plaintiff CARDIONET, INC.

CERTIFICATE OF SERVICE

    I hereby certify that on November 29, 2007, I electronically filed the foregoing Notice of Motion for Entry of Preliminary Injunction on Expedited Basis with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to the following:

Sean W. Gallagher
Sean.Gallagher@bartlit-beck.com

                                  s/ Gregory J. Chinlund_____
                                  Gregory J. Chinlund
                                  Attorney for CardioNet, Inc.
                                  MARSHALL, GERSTEIN & BORUN LLP
                                  6300 Sears Tower
                                  233 South Wacker Drive
                                  Chicago, IL  60606-6357
                                  (312) 474-6300 (Phone)
                                  (312) 474-0448 (Facsimile)