# EXHIBIT A

# RETURNING THE CARDIONET KIT



**THESE ARE THE ITEMS TO RETURN:**

| | |
|---|---|
| EQUIPMENT: | 1 CardioNet monitor |
| | 1 CardioNet sensor |
| | 1 or 2 CardioNet base(s) |
| | 2 power cords |
| | 1 or 2 phone line(s) |
| | 1 neck strap |
| | 1 CardioNet sensor belt clip |
| | 1 CardioNet monitor pouch |
| UNUSED SUPPLIES: | AA batteries |
| | Unopened packages of electrodes |
| | Adhesive remover |
| INFORMATION: | Patient Education Guide |
| | Reminder Card |
| | Patient Satisfaction Survey |

# RETURN CHECKLIST

**ABOUT THE DEACTIVATION MESSAGE**

When your monitoring period is complete, a message will appear on your monitor.

You do not need to call CardioNet. It is your responsibility to return the kit as soon as possible so that other patients can benefit from using this valuable service, and to avoid being charged for the equipment.



**Please follow these steps the morning your prescription is complete:**

| | |
|---|---|
| ✓ | 1. Take off the sensor. Remove the sensor battery. |
| ✓ | 2. Turn off the monitor. Press the blue button then press "Yes" on the screen. |
| ✓ | 3. Disconnect the base(s) from your phone(s). |
| ✓ | 4. Complete the Patient Satisfaction Survey. |
| ✓ | 5. Place everything neatly back in the foam so it is not damaged during shipping. |
| ✓ | 6. Place the blue box in the reusable UPS shipping box you originally received with the CardioNet Kit. |
| ✓ | 7. Close the shipper box by following the illustrations provided on the reusable shipping box. |
| ✓ | 8. If you have received more than one monitor, please return the other monitor(s) in the box provided. |

# EXHIBIT B



# EXHIBIT C

Case 1:07-cv-06625   Document 15-2   Filed 11/29/2007   Page 5 of 7



# Assignment of Benefits & Service Agreement

**Please read this before accepting the agreement on the monitor. You will be asked to accept the terms of this agreement prior to the activation of your monitor. Answering "Yes" to the questions on the monitor's touch screen prior to activation is your acceptance of the terms listed in this document.**

I request authorized health insurance (including governmental sponsored plans such as Medicare) benefits to me or on my behalf for any services furnished me by CardioNet to be paid directly to CardioNet. I authorize any holder of medical and/or insurance information to release requested information to CardioNet and/or my insurer as required to facilitate the processing of health claims provided under this agreement. This assignment includes all dates of services rendered by CardioNet for all insurance plans.

## SERVICE AGREEMENT

Financial Terms
I understand that I am fully responsible for any co-payments, co-insurance, deductibles, all payments made directly to me by my insurer for CardioNet services, and when allowed by law, services not-covered (not payable) under my health insurance plan.

I acknowledge that I am financially responsible for the loaned CardioNet Monitoring System (sensor, monitor, bases, and accessories), which I am obligated to return to CardioNet upon completion of the service. If I do not immediately return the Monitoring System, I hereby authorize CardioNet to invoice me for, and agree to pay CardioNet, the value of the Monitoring System and any associated collection costs should collection or legal costs be incurred by CardioNet.

## OPERATIONAL NOTICES

I hereby acknowledge that, given the variance in cellular phone coverage and signal strength, the CardioNet Monitoring System may not always provide continuous transmission of my ECG rhythm to the CardioNet Service Center. In the event that there is no cellular phone coverage or adequate signal strength to transmit recorded events, I will move to an area to optimize transmission capability or connect the monitor and base to a direct telephone line as requested.

I hereby acknowledge that the CardioNet Monitoring System is intended to aid in diagnosis only, and is not designed for prevention or treatment of any event or condition. I agree to immediately discontinue use of the CardioNet Monitoring System upon any sign of discomfort or other problems directly related to the CardioNet Monitoring System, and to promptly report such discomfort or other problems to CardioNet.

I give CardioNet my consent and permission to communicate with other members of my household, if necessary, with regard to my CardioNet service. I also authorize CardioNet to provide my monitoring data to my physician and his /her staff and to Emergency Medical Services by phone, e-mail, fax or through secure Internet access.

**I CERTIFY THAT I UNDERSTAND AND AGREE TO THE FOREGOING TERMS AND TO THE CARDIONET STANDARD TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS FORM.**

I will also be asked to give CardioNet permission to use my monitoring data, **without my identity**, in clinical research and case studies. This is an option and not required to continue to receive CardioNet monitoring services.

1. **Use of Cardiac Monitoring System ("System") and Access to and Use of CardioNet Monitoring Service ("Service").** Subject to Patient's compliance with the terms and conditions on both sides of this enrollment form (the "Agreement"), CardioNet hereby grants Patient a personal, nonexclusive, nontransferable license to use the System and to access and use the features and functions of the Service solely for purposes of monitoring Patient's heart rate as prescribed by Patient's physician. Patient expressly acknowledges and agrees that the Service, which is available only by physician prescription, is used solely to assist physicians in diagnosis and treatment, and is not intended for use as an emergency response system for patients who may experience serious or life-threatening medical problems. Patient is aware that cell phone coverage limitations and delays in land-line telephone communications could significantly delay transmission and analysis of patient monitoring data. Patient agrees to contact CardioNet immediately if problems are experienced using the system or if signs of physical discomfort occur, and to discontinue use of the system if the physician or CardioNet believe service discontinuation is advisable. Patient shall not, in whole or in part, sublicense, provide access to, tamper with, modify, distribute, use in a service bureau or time-sharing capacity, export in violation of applicable laws and regulations, rent, loan, transfer, disassemble, or reverse engineer or create a derivative work of the System or Service. Patient shall not, in whole or in part, transfer or assign this Agreement or any right granted hereunder, except upon the prior written consent of CardioNet. Any prohibited transfer or assignment shall be null and void. Subject to the licenses granted herein, as between CardioNet and Patient, CardioNet holds all right, title and interest in and to the System and the Service including, without limitation, any patents, trademarks, trade secrets, copyrights or other intellectual property rights therein. CardioNet reserves all rights not expressly granted to Patient under this Agreement.

2. **Term and Termination.** This Agreement shall commence on the date that CardioNet accepts Patient's enrollment hereunder, and shall continue until terminated by either party as set forth herein. Either party may terminate this Agreement, for any or no reason, upon thirty (30) days' written notice to the other party, except that this Agreement shall immediately terminate if Patient breaches Paragraph 1 above. Upon any termination of this Agreement, Patient shall immediately discontinue all use of the Service, and shall promptly return the System to CardioNet. The limitations in Paragraph 1, and Paragraphs 3-6 shall survive any termination of this Agreement.

3. **QUALCOMM and Wireless Carrier Limitations.** Patient acknowledges that in providing the Service hereunder, CardioNet may utilize a digital telephone service that is furnished to CardioNet via Qualcomm Inc. ("QUALCOMM") by a wireless carrier ("Wireless Carrier") pursuant to an agreement between QUALCOMM and such Wireless Carrier and is subject to the terms, conditions and limitations therein set forth. Patient acknowledges and agrees that: (a) the CardioNet Service may be temporarily refused, interrupted, curtailed or otherwise limited because of Wireless Carrier network transmission limitations caused by any factor, including atmospheric, environmental or topographical conditions, Wireless Carrier facilities limitations or constraints, or Wireless Carrier facilities changes, modifications, updates, relocations, repairs, maintenance or other similar activities necessary for the proper or improved operation of the Wireless Carrier facilities; and (b) situations may arise due to highly concentrated usage in limited areas on the Wireless Carrier network, which may result in Patient encountering temporary capacity constraint-related symptoms, such as excessive call blocking or call dropping. In no event is CardioNet, QUALCOMM or the Wireless Carrier liable to Patient with respect to any claim or damage related to or arising out of or in connection with: (i) any such temporary capacity constraint; (ii) any coverage gap; or (iii) any temporary Service refusal, interruption, curtailment or other limitation because of transmission limitations caused by any factor, including atmospheric, environmental or topographical conditions, Wireless Carrier facilities limitations or constraints, or Wireless Carrier facilities changes, modifications, updates, relocations, repairs, maintenance or other similar activities necessary for the proper or improved operation of the Wireless Carrier facilities. PATIENT FURTHER ACKNOWLEDGES THAT CARDIONET, QUALCOMM AND THE WIRELESS CARRIER DISCLAIM ALL LIABILITY OF ANY NATURE TO PATIENT, WHETHER DIRECT, INDIRECT, INCIDENTAL OR CONSEQUENTIAL, ARISING OUT OF PATIENT'S USE OF THE CARDIONET SYSTEM OR SERVICE, AND PATIENT AGREES THAT PATIENT SHALL HAVE NO CLAIMS AGAINST CARDIONET, QUALCOMM OR THE WIRELESS CARRIER OF ANY KIND WITH RESPECT THERETO.

4. **NO WARRANTY.** THE SYSTEM AND THE SERVICE ARE PROVIDED BY CARDIONET HEREUNDER SOLELY ON AN "AS-IS" AND "AS AVAILABLE" BASIS WITHOUT WARRANTY OF ANY KIND. TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, CARDIONET HEREBY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT AND/OR QUIET ENJOYMENT, AS WELL AS ANY IMPLIED WARRANTIES OTHERWISE ARISING OUT OF COURSE OF DEALING, COURSE OF PERFORMANCE OR TRADE USAGE. PATIENT FURTHER ACKNOWLEDGES AND AGREES THAT CARDIONET SHALL NEITHER BE RESPONSIBLE NOR LIABLE FOR PATIENT'S INABILITY TO ACCESS OR USE THE SERVICE AS A RESULT OF ANY DEFICIENCY IN THE INTERNET, THE TELEPHONE SERVICE, OR OTHER CONNECTION BETWEEN CARDIONET AND PATIENT. PATIENT EXPRESSLY ACKNOWLEDGES AND AGREES THAT NEITHER THE SYSTEM, NOR THE SERVICE (AS WELL AS ANY SUPPORT GIVEN BY ANY CARDIONET SUPPORT STAFF), NOR ANY MATERIAL AVAILABLE THROUGH PATIENT'S USE OF THE SYSTEM OR SERVICE IS INTENDED TO PROVIDE PATIENT WITH MEDICAL ADVICE, A DIAGNOSIS OR TREATMENT. PATIENT MUST ALWAYS SEEK THE ADVICE OF PATIENT'S PHYSICIAN OR OF ANOTHER QUALIFIED MEDICAL PRACTITIONER WITH ANY QUESTIONS PATIENT MAY HAVE REGARDING A SPECIFIC MEDICAL CONDITION OR PERCEIVED CONDITION.

5. **LIMITATION OF LIABILITY.** TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW: (I) IN NO EVENT SHALL CARDIONET OR ITS LICENSORS OR SUPPLIERS BE LIABLE TO PATIENT FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES ARISING OUT OF OR RELATED TO THIS AGREEMENT INCLUDING, WITHOUT LIMITATION, LOST PROFITS, COSTS OF DELAY, ANY FAILURE OF DELIVERY, BUSINESS INTERRUPTION, COSTS OF LOST OR DAMAGED DATA, UNAUTHORIZED DISCLOSURE TO OR ACCESS OF PATIENT DATA, OR LIABILITIES TO THIRD PARTIES ARISING FROM ANY PERSONAL INJURY OR PROPERTY DAMAGE CLAIM OR ANY OTHER TYPE OF CLAIM, EVEN IF CARDIONET HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES; AND, (II) IN NO EVENT SHALL CARDIONET'S AGGREGATE LIABILITY UNDER THIS AGREEMENT EXCEED THE AMOUNT PAID BY PATIENT TO CARDIONET UNDER THIS AGREEMENT. THE PARTIES AGREE THAT THE ALLOCATION OF LIABILITY SET FORTH IN THIS SECTION 5 FORMS AN ESSENTIAL BASIS OF CARDIONET'S WILLINGNESS TO GRANT PATIENT THE USE OF THE SYSTEM AND ACCESS TO AND USE OF THE SERVICE AND IS INDEPENDENT OF EACH AND EVERY LIMITED REMEDY THAT PATIENT MAY HAVE.

6. **Indemnity.** Patient agrees to indemnify and hold harmless CardioNet, and its officers, directors, employees, agents and suppliers from and against all claims of third parties arising out of or related to Patient's use or misuse of the System and/or the Service, or attributable to Patient's breach of this Agreement. CardioNet shall control the defense and any settlement of such claim, and Patient shall cooperate with CardioNet in defending against such claims.

7. **General Provisions.** This Agreement may be modified or amended only by a written instrument signed by Patient and CardioNet. Any terms and conditions issued by Patient shall not be binding on CardioNet and shall not modify these Terms and Conditions. No term or provision contained herein shall be deemed waived and no breach excused unless such waiver or consent shall be in writing and signed by the party against whom enforcement thereof is sought. Neither party hereto shall be liable to the other for any failure to perform its obligations under this Agreement due to causes beyond the reasonable control of that party, including, but not limited to, strikes, boycotts, labor disputes, embargoes, unavailability of or failures due to telecommunication networks (including, without limitation, the Internet), acts of God, unavailability of or insufficient utilities, acts of public enemy, acts of governmental authority, floods, riots, or rebellion. This Agreement shall be governed by and construed solely in accordance with the laws of the State of California, without reference to its choice of law rules. Any and all proceedings arising under or in any way relating to this Agreement shall be maintained in the state or federal courts located in the County of San Diego, California, which courts shall have exclusive jurisdiction for such purpose, and Patient hereby consents to the personal jurisdiction of such courts. Patient acknowledges that in the event of an actual or threatened violation of the terms and conditions of this Agreement, CardioNet may not have an adequate monetary remedy and shall be entitled to seek injunctive relief without any requirement to post bond, in addition to any other available remedies. If any term or provision of this Agreement is illegal or unenforceable, it shall be deemed adjusted to the minimum extent to cure such invalidity or unenforceability and all other terms and provisions of this Agreement shall remain in full force and effect.

Copyright © CardioNet, Inc. 2007 | 227 Washington Street, Suite 300 | Conshohocken, PA | 19428 | 1.866.426.4401 | All Rights Reserved.
CNF068, Rev.A