AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CARDIONET, INC.

V.

LIFEWATCH CORPORATION, HANNA
KONARZEWKA, M.D., DOE 1 AND DOE 2

CASE NUMBER: 07CV 6625

ASSIGNED JUDGE: JUDGE CONLON

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Dr. Hanna Konarzewka
C/O Counsel for Defendants
Kevin J. Perra
Proskauer Rose LLP
1585 Broadway Street
New York, NY 10036-8299

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Duston
Gregory J. Chinlund
Marshall, Gerstein & Borun LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, IL 60606-6357

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NADINE FINLEY

(By) DEPUTY CLERK

NOV 2 6 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11-27-07 |
| NAME OF SERVER *(PRINT)* Alisa Simmons | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Service was effected on all Defendants by delivering summons and copy of complaint to Mr. Kevin J. Perra (agent authorized by Defendants to accept service) via UPS overnight courier, which delivery was received by Mr. Perra's office on November 27, 2007 at 10:08 a.m. (ET) and signed for by Employee Ruiz.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL n/a | SERVICES n/a | TOTAL n/a |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 27, 2007    /s/ Alisa Simmons
                 Date                Signature of Server

                      233 S. Wacker Dr., 13000 Sears Tower, Chicago IL 60606-6357
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.