Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6625 | DATE | 11/30/2007 |
| CASE TITLE | CARDIONET, INC. vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

Enter order for expedited discovery and setting status conference. Plaintiff's emergency motion for expedited discovery [11] is granted. Motion hearing held as to plaintiff's motion to expedite discovery [11]. Status hearing set for January 10, 2008 at 9:00 a.m. Joint written proposals with regard to the conduct of and schedule for the preliminary injunction hearing is to be filed by January 8, 2008.

*Suzanne B. Conlon*

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | WH |
|---|---|---|

07C6625 CARDIONET, INC. vs. LIFEWATCH CORP., ET AL Page 1 of 1