HHN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

RECEIVED

NOV 2 2007
11-30-07
JUDGE SUZANNE B. CONLON
United States District Court

| | |
|---|---|
| CARDIONET, INC., | Case No. 07 C 6625 |
| Plaintiff, | |
| v. | sbc<br>[PROPOSED] ORDER FOR EXPEDITED DISCOVERY AND SETTING STATUS CONFERENCE |
| LIFEWATCH CORP., HANNA KONARZEWKA, M.D., DOE 1 and DOE 2. | |
| Defendants. | |

THIS MATTER COMING ON TO BE HEARD on Plaintiff's Emergency Motion for Expedited Discovery,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion is granted as set forth herein.

2. The parties shall serve document requests and deposition notices on opposing counsel no later than 11:00 a.m. on December 1, 2007. Interrogatories shall not be exchanged before the January 10, 2007 status conference unless agreed to by the parties.

3. The parties will produce documents and provide written responses to document requests on December 13, 2007. The parties shall make good faith efforts to meet and confer to identify and resolve disputes as to any objections to discovery requests including the scope of discovery.

4. Depositions will be conducted during the week of December 17, 2007. Each side shall be permitted no more than 20 hours to conduct depositions during this period.

5. This matter is set for hearing on status for January 10, 2007 at 9:00 a.m. On January 8, 2007, the parties shall file written proposals with regard to the conduct of and schedule for the preliminary injunction hearing, which shall address, among other things, whether live testimony will be required.

IT IS SO ORDERED.

Dated: November 30, 2007

*Suzanne B. Conlon*
United States District Court Judge