UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFEWATCH CORP., HANNA KONARZEWKA, M.D., DOE 1 and DOE 2. <br><br> Defendants. | Case No. 07C 6625 <br><br> District Judge Conlon <br><br> Magistrate Judge Denlow |

_____

**PLAINTIFF CARDIONET'S MOTION TO ALLOW AMENDMENT
OF FIRST AMENDED COMPLAINT TO IDENTIFY DOE 1 AND DOE 2**
_____

Plaintiff CardioNet, Inc. respectfully moves this Court for an order allowing amendment of the First Amended Complaint to substitute the real names of Doe 1 and Doe 2 upon finding that to do so would not reveal their personal health information.

This Motion is made upon the grounds that amending the First Amended Complaint to substitute the real names of Doe 1 and Doe 2 will not reveal personal health information subject to protection under the Health Insurance Portability and Accountability Act, because neither Doe 1 nor Doe 2 obtained prescriptions for the CardioNet MCOT kits for valid health reasons.

Plaintiff CardioNet bases this Motion on the Memorandum of Points and Authorities and the affidavits of Michael F. Kelleher and Edward Stone filed herewith, and all pleadings and records on file in this action, and any oral argument that the Court permits.

                                                Respectfully submitted,

                                                CARDIONET, INC.

Dated:  December 6, 2007

                                                By:  _s/Alisa Simmons_____
Thomas L. Duston
Gregory J. Chinlund
Alisa C. Simmons
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (pro hac vice application filed)
Julie L. Fieber (pro hac vice application filed)
Amy L. Kashiwabara (pro hac vice app. filed)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff CARDIONET, INC.

**CERTIFICATE OF SERVICE**

I, Alisa Simmons, one of the attorneys for Plaintiff CardioNet, Inc., hereby certify that on this 6th day of December 2007, I caused a copy of the foregoing PLAINTIFF CARDIONET'S MOTION TO ALLOW AMENDMENT OF FIRST AMENDED COMPLAINT TO IDENTIFY DOE 1 AND DOE 2 to be filed electronically with the Court using the Court's Electronic Case Filing System which will send notice of electronic filing to the following:

Sean W. Gallagher
Sean.Gallagher@bartlit-beck.com

                                          s/ Alisa Simmons
                                          Alisa C. Simmons
                                          Attorney for CardioNet, Inc.
                                          MARSHALL, GERSTEIN & BORUN LLP
                                          6300 Sears Tower
                                          233 South Wacker Drive
                                          Chicago, IL  60606-6357
                                          (312) 474-6300 (Phone)
                                          (312) 474-0448 (Facsimile)