UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFEWATCH CORP., HANNA KONARZEWKA, M.D., DOE 1 and DOE 2. <br><br> Defendants. | **AFFIDAVIT OF EDWARD STONE IN SUPPORT OF PLAINTIFF CARDIONET'S MOTION TO AMEND** <br><br> Case No. 07C 6625 <br><br> District Judge Conlon <br><br> Magistrate Judge Denlow |

**AFFIDAVIT OF EDWARD STONE IN SUPPORT OF PLAINTIFF CARDIONET'S MOTION TO AMEND**

I, Edward Stone, hereby declare as follows:

1. On or about September 11, 2007, LifeWatch's in-house medical advisor, defendant Konarzewka, wrote prescriptions for CardioNet's Mobile Cardiac Outpatient Telemetry ("MCOT") services for two LifeWatch employees who have been identified in CardioNet's complaint as Does 1 and 2. CardioNet's MCOT kit is intended to be prescribed for monitoring of electrocardiogram signals as a diagnostic service. Pursuant to Konarzewka's prescriptions, on September 11, 2007, CardioNet provided both Doe 1 and Doe 2 with MCOT kits. At the time of providing the kits, CardioNet did not know that Doe 1 and Doe 2 were LifeWatch employees, but CardioNet discovered that fact later in seeking return of its kits.

2. In activating the CardioNet MCOT kits, Doe 1 and Doe 2 were required to agree to return the kits immediately at the end of the monitoring period, and not to tamper with, reverse engineer, or transfer the kits.

3. One of LifeWatch's apparent tests of the CardioNet kits appears to have occurred on October 26, 2007, when the CardioNet MCOT kit prescribed to Doe 1 was used with a cardiac test machine that simulated a cardiac emergency, causing CardioNet to alert Chicago authorities who responded in error to the home of Doe 1.

4. Despite their promises made during activation of the CardioNet kits, Doe 1 and Doe 2 failed to return the MCOT kits to CardioNet immediately. After CardioNet repeatedly contacted Doe 1, his kit was received by CardioNet on November 16, 2007. Doe 2 initially claimed that her kit had been lost by movers, and directed CardioNet not to contact her at her employer, LifeWatch.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed this 5th day of December, 2007, in Conshohocken, Pennsylvania.

_____
Edward Stone

19084\2010\578979.1