UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CARDIONET, INC.,

              Plaintiff,

      v.

LIFEWATCH CORP., HANNA
KONARZEWKA, M.D., DOE 1 and
DOE 2.

              Defendants.

Case No. 07C 6625

District Judge Conlon

Magistrate Judge Denlow

---

### PLAINTIFF CARDIONET'S NOTICE OF MOTION TO ALLOW AMENDMENT OF FIRST AMENDED COMPLAINT TO IDENTIFY DOE 1 & DOE 2

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, December 11, 2007 at 9:00 a.m. in

Courtroom 1743 of the United States District Court for the Northern District of Illinois, Eastern

Division, 219 South Dearborn Street, Chicago, Illinois, 60604, before the Honorable Judge

Conlon or any judge sitting in her stead, counsel for Plaintiff CardioNet, Inc. shall appear and

present Plaintiff CardioNet, Inc.'s Motion to Allow Amendment of First Amended Complaint to

Identify Doe 1 and Doe 2, which has been filed simultaneously with this notice.

Respectfully submitted,


CARDIONET, INC.

Dated: December 6, 2007

By: s/Alisa Simmons_____
Thomas L. Duston
Gregory J. Chinlund
Alisa C. Simmons
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (pro hac vice application filed)
Julie L. Fieber (pro hac vice application filed)
Amy L. Kashiwabara (pro hac vice app. filed)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Attorneys for Plaintiff CARDIONET, INC.

**CERTIFICATE OF SERVICE**

I, Alisa Simmons, one of the attorneys for Plaintiff CardioNet, Inc., hereby certify that on this 6th day of December 2007, I caused a copy of the foregoing Notice of Motion to Allow Amendment of First Amended Complaint to Identify Doe 1 & Doe 2 to be filed electronically with the Court using the Court's Electronic Case Filing System which will send notice of electronic filing to the following:

Sean W. Gallagher
Sean.Gallagher@bartlit-beck.com

s/ Alisa Simmons_____
Alisa C. Simmons
Attorney for CardioNet, Inc.
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL  60606-6357
(312) 474-6300 (Phone)
(312) 474-0448 (Facsimile)
