# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 12/6/2007 |
| **CASE TITLE** | CARDIONET, INC vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff Cardionet's ~~notice of~~ sbc motion to allow amendment of first amended complaint to identify Doe 1 & Doe 2 is granted. The new defendants shall answer or otherwise plead by 1/7/08.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | Alexandra Martinez |
|---|---|---|