UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

CARDIONET, INC.,

                     Plaintiff,

      v.

LIFEWATCH CORP., HANNA
KONARZEWKA, M.D., DOE 1
and DOE 2,

                     Defendants.

_____

Case No. 07 C 6625

Judge Suzanne B. Conlon

Magistrate Judge Morton Denlow

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

of record for the parties that Defendants LifeWatch Corp. and Konarzewka's time to

answer, move or otherwise respond to Plaintiff's Amended Complaint, dated November

29, 2007, is extended from December 17, 2007 to and including January 7, 2008.

Dated: December 17, 2007

By:_/s/ Michael F. Kelleher_____

By:__/s/ Sean Gallagher_____

Thomas Duston
Gregory Chinlund
Alisa Simmons
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, IL 60606
(312) 474-6300

Sean Gallagher
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 W. Hubbard, Suite 300
Chicago, IL 60610
(312) 494-4428

Michael F. Kelleher (*Pro hac vice*)
Julie L. Fieber (*Pro hac vice*)
Amy L. Kashiwabara (*Pro hac vice*)
FOLGER LEVIN & KAHN LLP
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA
(415) 986-2800

Kevin J. Perra (*Pro hac vice* pending)
Alexander Kaplan (*Pro hac vice* pending)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036
(212) 969-3000

*Attorneys for all Defendants*

*Attorneys for Plaintiff*