BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
Sean Gallagher (6239367)
54 W. Hubbard, Suite 300
Chicago, IL 60610
(312) 494-4428
sean.gallagher@bartlit-beck.com

PROSKAUER ROSE LLP
Kevin J. Perra (admitted *pro hac vice*)
Alexander Kaplan (admitted *pro hac vice*)
1585 Broadway
New York, New York 10036
(212) 969-3000
kperra@proskauer.com

*Attorneys for all Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

_____

CARDIONET, INC.,

          Plaintiff,

              Case No. 07 C 6625

    v.

              Judge Suzanne B. Conlon

              Magistrate Judge Morton Denlow

LIFEWATCH CORP., HANNA
KONARZEWKA, M.D., JOEL LEHMAN
and LISA AMENT,

          Defendants.

_____

### DEFENDANTS' MOTION TO DISMISS COUNTS I, II, III, V and VII
### OF PLAINTIFF'S SECOND AMENDED COMPLAINT

    Defendants' Lifewatch Corp., Hanna Konarzewka, M.D., Joel Lehman and Lisa

Ament, by their undersigned counsel, respectfully requests that the Court dismiss counts

I, II, III, V and VII of Plaintiff's Second Amended Complaint for reasons set forth in

**Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss.**

Dated: January 7, 2008

                        Respectfully Submitted,

                        By: /s/ Sean Gallagher

                        BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Sean Gallagher (6239367)
54 W. Hubbard, Suite 300
Chicago, IL 60610
sean.gallagher@bartlit-beck.com

PROSKAUER ROSE LLP
Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
1585 Broadway
New York, New York 10036
(212) 969-3000
kperra@proskauer.com

Attorneys for all Defendants

CERTIFICATE OF SERVICE

I, Sean W. Gallagher, do hereby certify that on this 7th day of January 2008, I caused a true and correct copy of the foregoing **MOTION TO DISMISS COUNTS I, II, III, V and VII OF PLAINTIFF'S SECOND AMENDED COMPLAINT** to be served via electronic mail on CardioNet through its counsel listed below:

Thomas Dunston
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, IL 60606-6357
Telephone: 312-474-6300

Michael Kelleher
FOLGER LEVIN & KAHN, LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415-986-2800

By: /s/ Sean W. Gallagher