BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
Sean Gallagher (6239367)
54 W. Hubbard, Suite 300
Chicago, IL 60610
(312) 494-4428
sean.gallagher@bartlit-beck.com

PROSKAUER ROSE LLP
Kevin J. Perra (admitted *pro hac vice*)
Alexander Kaplan (admitted *pro hac vice*)
1585 Broadway
New York, New York  10036
(212) 969-3000
kperra@proskauer.com

*Attorneys for all Defendants*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

---

CARDIONET, INC.,

        Plaintiff,

  v.

LIFEWATCH CORP., HANNA
KONARZEWKA, M.D., JOEL LEHMAN
and LISA AMENT,

        Defendants.

Case No. 07 C 6625

Judge Suzanne B. Conlon

Magistrate Judge Morton Denlow

---

### NOTICE OF DEFENDANTS' MOTION TO DISMISS
### COUNTS I, II, III, V and VII OF PLAINTIFF'S SECOND AMENDED
### COMPLAINT

TO:    Thomas Dunston
          MARSHALL, GERSTEIN & BORUN LLP
          233 South Wacker Drive, 6300 Sears Tower
          Chicago, IL 60606

Michael Kelleher
FOLGER LEVIN & KAHN, LLP
275 Battery Street 23rd Floor
San Francisco, CA 94111

PLEASE TAKE NOTICE that on the 10th day of January, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, one of Defendants' attorneys shall appear before Judge Suzanne B. Conlon or any Judge sitting in her place in the U.S. District Court, Northern District of Illinois, Eastern Division, Chicago, Illinois to present Defendants' Motion To Dismiss Counts I, II, III, V and VII Of Plaintiff's Second Amended Complaint.

Dated: January 7, 2008

Respectfully Submitted,

By: /s/ Sean W. Gallagher

BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
Sean Gallagher (6239367)
54 W. Hubbard, Suite 300
Chicago, IL 60610
sean.gallagher@bartlit-beck.com

PROSKAUER ROSE LLP
Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
1585 Broadway
New York, New York 10036
(212) 969-3000
kperra@proskauer.com

Attorneys for all Defendants

CERTIFICATE OF SERVICE

I, Sean W. Gallagher, do hereby certify that on this 7th day of January 2008, I caused a true and correct copy of the foregoing **NOTICE OF DEFENDANTS' MOTION TO DISMISS COUNTS I, II, III, V and VII OF PLAINTIFF'S SECOND AMENDED COMPLAINT** to be served via electronic mail on CardioNet through its counsel listed below:

> Thomas Dunston
> MARSHALL, GERSTEIN & BORUN LLP
> 233 South Wacker Drive, 6300 Sears Tower
> Chicago, IL 60606-6357
> Telephone: 312-474-6300
>
> Michael Kelleher
> FOLGER LEVIN & KAHN, LLP
> 275 Battery Street, 23rd Floor
> San Francisco, CA 94111
> Telephone: 415-986-2800

By: /s/ Sean W. Gallagher