UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT. | Magistrate Judge Morton Denlow |
| Defendants. | |
| LIFEWATCH CORP., | |
| Counter-plaintiff | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

_____

**[PROPOSED] ORDER REGARDING THE CONDUCT OF AND SCHEDULE FOR PRELIMINARY INJUNCTION HEARING AND PROPOSED ORDER**
_____

THIS MATTER COMING ON TO BE HEARD on January 10, 2008, IT IS ORDERED that:

1.      Plaintiff shall serve Defendants with an amended motion for preliminary injunction, reflecting information obtained during the expedited discovery previously ordered by

- 2 -

this Court, on or before January 11, 2008.[1] Plaintiff are granted an exception to Local Rule 7.1, and may file an opening brief of up to twenty-five (25) pages in length.

    2.    Defendants shall file and serve Plaintiff with their opposition to the amended motion for preliminary injunction within two (2) weeks of service of Plaintiff's amended pleading. Defendants' opposition brief may be up to twenty-five (25) pages in length.

    3.    Plaintiff shall file and serve its reply in support of the amended motion for preliminary injunction within three (3) calendar days of Defendants' serving their opposition.

    4.    A one-day hearing shall be held by the Court on January 30, 2008 at 9:00 a.m. for the presentation of live testimony and oral argument on the amended motion for preliminary injunction. Each party shall be entitled to allotted time of _____ hours to present its testimony and conduct argument.

    IT IS SO ORDERED.

Dated: January __, 2008                              _____
                                                                     District Judge Suzanne B. Conlon

19084\2010\583119.1

---

[1] Plaintiff shall file its amended pleading as soon as practicable upon the entry of an order allowing the sealing of any Confidential or Confidential – Attorneys' Eyes Only information in its pleadings.