UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT. | Magistrate Judge Morton Denlow |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

---

### NOTICE OF WITHDRAWAL/SUBSTITUTION OF COUNSEL

---

**TO:**    Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

PLEASE TAKE NOTICE that pursuant to Local Rule 83.17 Cardionet, Inc. hereby withdraws Alisa Simmons and substitutes Julianne M. Hartzell as counsel in this case. This notice was filed today with the Clerk of the United States District Court for the Northern District of Illinois.

1

Dated:  January 9, 2008                    Respectfully submitted,

                                           CARDIONET, INC.

                                           By:  /s/ Julianne M. Hartzell

                                           FOLGER LEVIN & KAHN LLP
                                           Michael F. Kelleher (admitted pro hac vice)
                                           Julie L. Fieber (admitted pro hac vice)
                                           Amy L. Kashiwabara (admitted pro hac vice)
                                           Richard Keenan (admitted pro hac vice)
                                           Embarcadero Center West
                                           275 Battery Street, 23rd Floor
                                           San Francisco, CA 94111
                                           Telephone: (415) 986-2800
                                           Facsimile: (415) 986-2827

                                           Thomas L. Duston
                                           Gregory J. Chinlund
                                           Julianne M. Hartzell
                                           MARSHALL, GERSTEIN & BORUN LLP
                                           233 South Wacker Drive, 6300 Sears Tower
                                           Chicago, Illinois 60606-6357
                                           Telephone: (312) 474-6300
                                           Facsimile: (312) 474-0448
                                           tduston@marshallip.com
                                           gchinlund@marshallip.com
                                           jhartzell@marshallip.com

                                           Attorneys for Plaintiff CARDIONET, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing **NOTICE OF**

**WITHDRAWAL/SUBSTITUTION OF COUNSEL** was served via the court's CM/ECF

system to the email address on file with the Court on January 9, 2008 to:

> Sean Gallagher
> Bartlit Beck Herman Palenchar & Scott LLP
> Courthouse Place
> 54 West Hubbard Street
> Chicago, Illinois 60610
>
> Kevin J. Perra (admitted pro hac vice)
> Alexander Kaplan (admitted pro hac vice)
> PROSKAUER ROSE LLP
> 1585 Broadway Street
> New York, NY 10036-8299
>
> Attorneys for Defendants

                                    /s/ Julianne M. Hartzell
                                    Julianne M. Hartzell

                                    Attorney for Plaintiff Cardionet, Inc.