UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
|       Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
|       Defendants, | |
| LIFEWATCH CORP., | |
|       Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
|       Counter-defendant. | |

_____

**JOINT AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**
_____

      Cardionet, Inc., Lifewatch Corp., Hanna Konarzewska, M.D., Joel Lehman and Lisa Ament (collectively "the Parties") respectfully request that the Court permit the Parties to exceed the Court's page limit of 15 pages for briefs in their briefing related to Cardionet, Inc.'s Amended Motion for Preliminary Injunction to be filed on January 11, 2008, as follows:

      1.    Cardionet, Inc. shall file its Amended Motion for Preliminary Injunction on January 11, 2008. The length of the memorandum in support of this motion shall not exceed 25 pages.

- 1 -

2. Defendants shall file a Response to the Amended Motion for Preliminary Injunction on February 14, 2008. The length of this response shall not exceed 25 pages.

3. Cardionet, Inc. shall file any Reply in Support of its Amended Motion for Preliminary Injunction on February 21, 2008. The reply shall conform to the limit of 15 pages in accordance with the requirements of the Local Rules.

The Parties believe that the additional pages are necessary to familiarize the court with the factual and legal issues to be addressed in the Amended Motion for Preliminary Injunction.

Dated: January 10, 2008

| | |
|---|---|
| Respectfully submitted,<br>LIFEWATCH CORP. | Respectfully submitted,<br>CARDIONET, INC. |
| By: /s/ Sean Gallagher | By:  /s/ Julianne M. Hartzell |
| Sean Gallagher<br>Bartlit Beck Herman Palenchar & Scott LLP<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (admitted pro hac vice)<br>Julie L. Fieber (admitted pro hac vice)<br>Amy L. Kashiwabara (admitted pro hac vice)<br>Richard Keenan (admitted pro hac vice)<br>Embarcadero Center West |
| Kevin J. Perra (admitted pro hac vice)<br>Alexander Kaplan (admitted pro hac vice)<br>PROSKAUER ROSE LLP<br>1585 Broadway Street<br>New York, NY 10036-8299 | 275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |
| Attorneys for Defendants | Thomas L. Duston<br>Gregory J. Chinlund<br>Julianne M. Hartzell<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive, 6300 Sears Tower<br>Chicago, Illinois 60606-6357<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448<br>tduston@marshallip.com<br>gchinlund@marshallip.com<br>jhartzell@marshallip.com |
| | Attorneys for Plaintiff CARDIONET, INC. |