UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
|       Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
|       Defendants, | |
| LIFEWATCH CORP., | |
|       Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
|       Counter-defendant. | |

**NOTICE OF AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

**TO:**    Sean Gallagher
           Bartlit Beck Herman Palenchar & Scott LLP
           Courthouse Place
           54 West Hubbard Street
           Chicago, Illinois 60610

           Kevin J. Perra (admitted pro hac vice)
           Alexander Kaplan (admitted pro hac vice)
           PROSKAUER ROSE LLP
           1585 Broadway Street
           New York, NY 10036-8299

           Attorneys for Defendants

     Please take notice that on Tuesday January 15, 2007, at 9:00 a.m. Plaintiff Cardionet, Inc. will present AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMITS before the Hon. Judge Suzanne B. Conlon in room 1743 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.  A copy of the motion has been served separately.

Dated:  January 10, 2008            Respectfully submitted,

                                               CARDIONET, INC.

                                               By:  /s/ Julie L. Fieber

                                               FOLGER LEVIN & KAHN LLP
                                               Michael F. Kelleher (admitted pro hac vice)
                                               Julie L. Fieber (admitted pro hac vice)
                                               Amy L. Kashiwabara (admitted pro hac vice)
                                               Richard Keenan (admitted pro hac vice)
                                               Embarcadero Center West
                                               275 Battery Street, 23rd Floor
                                               San Francisco, CA 94111
                                               Telephone: (415) 986-2800
                                               Facsimile: (415) 986-2827

                                               Thomas L. Duston
                                               Gregory J. Chinlund
                                               Julianne M. Hartzell
                                               MARSHALL, GERSTEIN & BORUN LLP
                                               233 South Wacker Drive, 6300 Sears Tower
                                               Chicago, Illinois 60606-6357
                                               Telephone: (312) 474-6300
                                               Facsimile: (312) 474-0448
                                               tduston@marshallip.com
                                               gchinlund@marshallip.com
                                               jhartzell@marshallip.com

                                               Attorneys for Plaintiff CARDIONET, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMITS** was served via the court's CM/ECF system to the email address on file with the Court on January 10, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

    /s/ Julie L. Fieber
Julie L. Fieber

Attorney for Plaintiff Cardionet, Inc.