UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, <br><br> Defendants, <br><br> LIFEWATCH CORP., <br><br> Counter-plaintiff, <br><br> v. <br><br> CARDIONET, INC., <br><br> Counter-defendant. | Case No. 07C 6625 <br><br> District Judge Suzanne B. Conlon <br><br> Magistrate Judge Morton Denlow |

_____

## STIPULATION TO MODIFY BRIEFING SCHEDULE
_____

Cardionet, Inc., Lifewatch Corp., Hanna Konarzewska, M.D., Joel Lehman and Lisa Ament (collectively "the Parties") have stipulated to a modification in the briefing schedule entered on January 10, 2008 with respect to Cardionet, Inc.'s Amended Motion for Preliminary Injunction and Defendants' Motion to Dismiss Claims I, II, III, V, and VII of Plaintiff's Second Amended Complaint. In order to allow the Parties to pursue settlement conversations, the Parties have agreed to extend each deadline entered by the Court on January 10, 2008 by three business days. The amended briefing schedule is as follows:

1.      Cardionet, Inc. shall file its Amended Motion for Preliminary Injunction on January 15, 2008.

2.      Defendants shall file a Response to the Amended Motion for Preliminary Injunction on February 19, 2008.

3.      Cardionet, Inc. shall file any Reply in Support of its Amended Motion for Preliminary Injunction on February 26, 2008.

4.      Cardionet, Inc. shall file its Response to Lifewatch Corp.'s Motion to Dismiss Claims I, II, III, V, and VII of Plaintiff's Second Amended Complaint on February 5, 2008.

5.      Defendants shall file any Reply in Support of Defendants' Motion to Dismiss Claims I, II, III, V, and VII of Plaintiff's Second Amended Complaint by February 12, 2008.

Dated: January 11, 2008

| | |
|---|---|
| Respectfully submitted,<br>LIFEWATCH CORP. | Respectfully submitted,<br>CARDIONET, INC. |
| By: /s/ Kevin J. Perra_____ | By: /s/ Julianne M. Hartzell_____ |
| Sean Gallagher<br>Bartlit Beck Herman Palenchar & Scott LLP<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610<br><br>Kevin J. Perra (admitted pro hac vice)<br>Alexander Kaplan (admitted pro hac vice)<br>PROSKAUER ROSE LLP<br>1585 Broadway Street<br>New York, NY 10036-8299<br><br>Attorneys for Defendants | FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (admitted pro hac vice)<br>Julie L. Fieber (admitted pro hac vice)<br>Amy L. Kashiwabara (admitted pro hac vice)<br>Richard Keenan (admitted pro hac vice)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |

- 3 -

        Thomas L. Duston
        Gregory J. Chinlund
        Julianne M. Hartzell
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Drive, 6300 Sears Tower
        Chicago, Illinois 60606-6357
        Telephone: (312) 474-6300
        Facsimile: (312) 474-0448
        tduston@marshallip.com
        gchinlund@marshallip.com
        jhartzell@marshallip.com

        Attorneys for Plaintiff CARDIONET, INC.

Date: January __, 2008

        _____
        Honorable Suzanne B. Conlon