UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

## STIPULATION TO MODIFY BRIEFING SCHEDULE

Cardionet, Inc., Lifewatch Corp., Hanna Konarzewska, M.D., Joel Lehman and Lisa Ament (collectively "the Parties") have stipulated to a further modification in the briefing schedule entered on January 10, 2008 with respect to Cardionet, Inc.'s Amended Motion for Preliminary Injunction and Defendants' Motion to Dismiss Claims I, II, III, V, and VII of Plaintiff's Second Amended Complaint. The parties had previously agreed to a short extension of that schedule which extended deadlines by three business days, and filed a stipulation with the Court on January 11, 2008 with that proposal. In order to allow the Parties to continue to pursue

- 2 -

settlement conversations, the Parties have agreed to further extend each deadline entered by the Court on January 10, 2008 by three more business days.  The further amended briefing schedule is as follows:

    1.    Cardionet, Inc. shall file its Amended Motion for Preliminary Injunction on January 18, 2008.

    2.    Defendants shall file a Response to the Amended Motion for Preliminary Injunction on February 22, 2008.

    3.    Cardionet, Inc. shall file any Reply in Support of its Amended Motion for Preliminary Injunction on February 29, 2008.

    4.    Cardionet, Inc. shall file its Response to Lifewatch Corp.'s Motion to Dismiss Claims I, II, III, V, and VII of Plaintiff's Second Amended Complaint on February 8, 2008.

    5.    Defendants shall file any Reply in Support of Defendants' Motion to Dismiss Claims I, II, III, V, and VII of Plaintiff's Second Amended Complaint by February 15, 2008.

Dated: January 14, 2008

| | |
|---|---|
| Respectfully submitted,<br>LIFEWATCH CORP. | Respectfully submitted,<br>CARDIONET, INC. |
| By: <u>/s/ Sean Gallagher</u> | By: <u>/s/ Julie L. Fieber</u> |
| Sean Gallagher<br>Bartlit Beck Herman Palenchar & Scott LLP<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610<br><br>Kevin J. Perra (admitted pro hac vice)<br>Alexander Kaplan (admitted pro hac vice)<br>PROSKAUER ROSE LLP<br>1585 Broadway Street<br>New York, NY 10036-8299 | FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (admitted pro hac vice)<br>Julie L. Fieber (admitted pro hac vice)<br>Amy L. Kashiwabara (admitted pro hac vice)<br>Richard Keenan (admitted pro hac vice)<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |

Attorneys for Defendants

                              Thomas L. Duston
                              Gregory J. Chinlund
                              Julianne M. Hartzell
                              MARSHALL, GERSTEIN & BORUN LLP
                              233 South Wacker Drive, 6300 Sears Tower
                              Chicago, Illinois 60606-6357
                              Telephone: (312) 474-6300
                              Facsimile: (312) 474-0448
                              tduston@marshallip.com
                              gchinlund@marshallip.com
                              jhartzell@marshallip.com

                              Attorneys for Plaintiff CARDIONET, INC.

Date:  January __, 2008

                              Honorable Suzanne B. Conlon

19084\2010\583657.1