# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 1/10/2008 |
| **CASE TITLE** | CARDIONET, INC., vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for preliminary injunction [13] is withdrawn. Plaintiff is granted leave to file an amended preliminary injunction motion by 1/11/08. Discovery pertaining to preliminary injunction motion shall be completed by 1/31/08. Defendant's response to the preliminary injunction motion is due 2/14/08; plaintiff may reply by 2/21/08. Defendant's motion to dismiss Counts I, II, III, V and VII of the second amended complaint is taken under advisement. Plaintiff shall respond by 1/24/08; defendant may reply by 1/31/08. The parties' stipulated protective order is entered. The agreed motion for leave to exceed the page limit is granted. The supporting and responsive memoranda shall not exceed 25 pages.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|