UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 1 1 2008

JUDGE SUZANNE B. CONLON
United States District Court

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

### [PROPOSED] ORDER GRANTING JOINT AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

This matter having been before the Court on the JOINT AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMIT,

IT IS HEREBY ORDERED that

1.   The JOINT AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMIT is GRANTED.

2.  Cardionet, Inc. shall file its Amended Motion for Preliminary Injunction on January 11, 2008. The length of the memorandum in support of this motion shall not exceed 25 pages.

3.  Defendants shall file a Response to the Amended Motion for Preliminary Injunction on February 14, 2008. The length of this response shall not exceed 25 pages.

4.  Cardionet, Inc. shall file any Reply in Support of its Amended Motion for Preliminary Injunction on February 21, 2008. The reply shall conform to the page limit of 15 pages in accordance with the requirements of the Local Rules.

Dated: January /0, 2008

*Suzanne B. Conlon*
Hon. Judge Suzanne B. Conlon