UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

**NOTICE OF JOINT AGREED MOTION FOR ENTRY OF CONSENT INJUNCTION ORDER**

**TO:**   Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

1

Attorneys for Defendants

Please take notice that on Tuesday January 22, 2007, at 9:00 a.m. Plaintiff CardioNet, Inc. will present **JOINT AGREED MOTION FOR ENTRY OF CONSENT INJUNCTION ORDER** before the Hon. Judge Suzanne B. Conlon in room 1743 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois. A copy of the motion has been served separately.

Dated: January 17, 2008

Respectfully submitted,

CARDIONET, INC.

By: /s/ Julie L. Fieber

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (admitted pro hac vice)
Julie L. Fieber (admitted pro hac vice)
Amy L. Kashiwabara (admitted pro hac vice)
Richard Keenan (admitted pro hac vice)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Thomas L. Duston
Gregory J. Chinlund
Julianne M. Hartzell
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448
tduston@marshallip.com
gchinlund@marshallip.com
jhartzell@marshallip.com

Attorneys for Plaintiff CARDIONET, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **NOTICE OF JOINT MOTION FOR ENTRY OF CONSENT INJUNCTION ORDER** was served via the court's CM/ECF system to the email address on file with the Court on January 17, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

    /s/ Julie L. Fieber
Julie L. Fieber

Attorney for Plaintiff CardioNet, Inc.

19084\2010\584175.1