UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

_____

**JOINT AGREED MOTION FOR ENTRY OF CONSENT INJUNCTION ORDER**
_____

CardioNet, Inc., LifeWatch Corp., Hanna Konarzewska, M.D., Joel Lehman and Lisa Ament (collectively "the Parties") respectfully request that the Court enter the Stipulated Consent Injunction Order attached hereto as Exhibit A. Entry of the Stipulated Consent Injunction Order is requested in lieu of additional expedited discovery and briefing regarding the preliminary injunctive relief sought by CardioNet and the response contemplated by LifeWatch. The Parties believe that entry of the Stipulated Consent Injunction Order will minimize the Parties' expenses and eliminate the time that the Parties would devote to preparing for and

- 1 -

conducting a preliminary injunction hearing. For the foregoing reasons, the Parties respectfully request that the Court enter the attached Stipulated Consent Injunction Order.

Dated: January 17, 2008

| | |
|---|---|
| Respectfully submitted,<br>LIFEWATCH CORP. | Respectfully submitted,<br>CARDIONET, INC. |
| By: /s/ Sean Gallagher | By: /s/ Julie L. Fieber |
| Sean Gallagher<br>Bartlit Beck Herman Palenchar & Scott LLP<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | Michael F. Kelleher (admitted pro hac vice)<br>Julie L. Fieber (admitted pro hac vice)<br>Amy L. Kashiwabara (admitted pro hac vice)<br>Richard Keenan (admitted pro hac vice)<br>FOLGER LEVIN & KAHN LLP<br>Embarcadero Center West |
| Kevin J. Perra (admitted pro hac vice)<br>Alexander Kaplan (admitted pro hac vice)<br>PROSKAUER ROSE LLP<br>1585 Broadway Street<br>New York, NY 10036-8299 | 275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |
| Attorneys for Defendants | Thomas L. Duston<br>Gregory J. Chinlund<br>Julianne M. Hartzell<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive, 6300 Sears Tower<br>Chicago, Illinois 60606-6357<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448<br>tduston@marshallip.com<br>gchinlund@marshallip.com<br>jhartzell@marshallip.com |
| | Attorneys for Plaintiff CARDIONET, INC. |

19084\2010\584173.1