Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 1/15/08 |
| **CASE TITLE** | CARDIONET, INC., vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

The parties stipulated motion to modify briefing schedule is granted. Plaintiff shall file its amended motion for preliminary injunction on January 15, 2008; defendants shall respond by February 19, 2008; and plaintiff may reply by February 26, 2008. Plaintiff's response to the motion to dismiss Counts 1, II, III, V, and VII of the second amended complaint is extended to February 5, 2008; Defendants may reply by February 12, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|