UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
|     Plaintiff | Case No. 07C 6625 |
|     v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT. | Magistrate Judge Morton Denlow |
|     Defendants. | |
| LIFEWATCH CORP., | |
|     Counter-plaintiff | |
|     v. | |
| CARDIONET, INC., | |
|     Counter-defendant. | |

**NOTICE OF PLAINTIFF CARDIONET'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF LIFEWATCH'S COUNTERCLAIMS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on January 31, 2008 at 9:00 a.m. in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, before the Honorable Judge Conlon or any judge sitting in her stead, counsel for Plaintiff CardioNet, Inc. shall appear and present Plaintiff CardioNet, Inc.'s Motion to Dismiss Counts II, III, IV, V and VI of LifeWatch's Counterclaims, which has been filed

simultaneously with this notice.

Dated: January 28, 2008                                              Respectfully submitted,

                                                            CARDIONET, INC.

                                                            By:____\s Michael F. Kelleher_____
        Michael F. Kelleher (admitted pro hac vice)
        Julie L. Fieber (admitted pro hac vice)
        Amy L. Kashiwabara (admitted pro hac vice)
        FOLGER LEVIN & KAHN LLP
        Embarcadero Center West
        275 Battery Street, 23rd Floor
        San Francisco, CA  94111
        Telephone: (415) 986-2800
        Facsimile: (415) 986-2827

        Thomas L. Duston
        Gregory J. Chinlund
        Julianne M. Hartzell
        MARSHALL, GERSTEIN & BORUN LLP
        233 South Wacker Drive, 6300 Sears Tower
        Chicago, Illinois 60606-6357
        Telephone: (312) 474-6300
        Facsimile: (312) 474-0448


        Attorneys for Plaintiff and Counter-defendant
        CARDIONET, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Plaintiff Cardionet's Motion to Dismiss Counts II, III, IV, V, And VI of Lifewatch's Counterclaims was served via the court's CM/ECF system to the email address on file with the Court on January 28, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299
Attorneys for Defendants

                                            /s/ Michael F. Kelleher
                                            Michael F. Kelleher
                                            Attorney for Plaintiff CardioNet, Inc.

19084\2010\585576.1