UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Denlow |
| Defendants. | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

**CARDIONET'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF LIFEWATCH'S COUNTERCLAIMS**

By this Motion, Plaintiff CardioNet, Inc. ("CardioNet") respectfully requests that the Court dismiss counts II, III, IV, V, and VI of Defendant LifeWatch Corporation's ("LifeWatch") Counterclaims pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), for failure to state a claim upon which relief can be granted, as explained in CARDIONET'S

MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF LIFEWATCH'S COUNTERCLAIMS, submitted herewith.

Dated: January 28, 2008

Respectfully submitted,

CARDIONET, INC.

By:_____\s Julie L. Fieber_
   Michael F. Kelleher (admitted pro hac vice)
   Julie L. Fieber (admitted pro hac vice)
   Amy L. Kashiwabara (admitted pro hac vice)
   FOLGER LEVIN & KAHN LLP
   Embarcadero Center West
   275 Battery Street, 23rd Floor
   San Francisco, CA  94111
   Telephone: (415) 986-2800
   Facsimile: (415) 986-2827

   Thomas L. Duston
   Gregory J. Chinlund
   Julianne M. Hartzell
   MARSHALL, GERSTEIN & BORUN LLP
   233 South Wacker Drive, 6300 Sears Tower
   Chicago, Illinois 60606-6357
   Telephone: (312) 474-6300
   Facsimile: (312) 474-0448

Attorneys for Plaintiff and Counter-defendant CARDIONET, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CARDIONET'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF LIFEWATCH'S COUNTERCLAIMS was served via the court's CM/ECF system to the email address on file with the Court on January 28, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

            /s/ Julie L. Fieber
            Julie L. Fieber

            Attorney for Plaintiff CardioNet, Inc.

19084\2010\585004.2