UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., <br><br> Plaintiff <br><br> v. <br><br> LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT. <br><br> Defendants. <br><br> LIFEWATCH CORP., <br><br> Counter-plaintiff <br><br> v. <br><br> CARDIONET, INC., <br><br> Counter-defendant. | Case No. 07C 6625 <br><br> District Judge Suzanne B. Conlon <br><br> Magistrate Judge Morton Denlow |

___

**[PROPOSED] ORDER GRANTING PLAINTIFF CARDIONET'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF LIFEWATCH'S COUNTERCLAIMS**
___

THIS MATTER COMING ON TO BE HEARD on Plaintiff's Motion to Dismiss Counts II, III, IV, V and VI of LifeWatch's Counterclaims, the Court finds and orders as follows:

1.  Plaintiff's Motion to Dismiss Counts II, III, IV, V, and VI of LifeWatch's Counterclaims is GRANTED.

IT IS SO ORDERED

Dated: February __, 2008

_____
United States District Court Judge

19084\2010\585552.1