UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
|       Plaintiff | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT. | Magistrate Judge Morton Denlow |
|       Defendants. | |
| LIFEWATCH CORP., | |
|       Counter-plaintiff | |
| v. | |
| CARDIONET, INC., | |
|       Counter-defendant. | |

---

**NOTICE OF PLAINTIFF CARDIONET'S MOTION TO DISMISS COUNTS II, III, IV, V, AND VI OF LIFEWATCH'S COUNTERCLAIMS**

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on January 31, 2008 at 9:00 a.m. in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, before the Honorable Judge Conlon or any judge sitting in her stead, counsel for Plaintiff CardioNet, Inc. shall appear and present Plaintiff CardioNet, Inc.'s Motion to Dismiss Counts II, III, IV, V and VI of LifeWatch's Counterclaims, which has been filed

simultaneously with this notice.

Dated: January 28, 2008

Respectfully submitted,

CARDIONET, INC.

By:＿＿＿\s Julianne M. Hartzell＿＿＿
   Michael F. Kelleher (admitted pro hac vice)
   Julie L. Fieber (admitted pro hac vice)
   Amy L. Kashiwabara (admitted pro hac vice)
   FOLGER LEVIN & KAHN LLP
   Embarcadero Center West
   275 Battery Street, 23rd Floor
   San Francisco, CA  94111
   Telephone: (415) 986-2800
   Facsimile: (415) 986-2827

   Thomas L. Duston
   Gregory J. Chinlund
   Julianne M. Hartzell
   MARSHALL, GERSTEIN & BORUN LLP
   233 South Wacker Drive, 6300 Sears Tower
   Chicago, Illinois 60606-6357
   Telephone: (312) 474-6300
   Facsimile: (312) 474-0448

Attorneys for Plaintiff and Counter-defendant CARDIONET, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Plaintiff Cardionet's Motion to Dismiss Counts II, III, IV, V, And VI of Lifewatch's Counterclaims was served via the court's CM/ECF system to the email address on file with the Court on January 28, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299
Attorneys for Defendants

                                                /s/ Julianne M. Hartzell
                                                Attorney for Plaintiff CardioNet, Inc.