# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 1/30/2008 |
| **CASE TITLE** | CARDIONET, INC. vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Agreed stipulated consent injunction [52] is granted. ENTER ORDER. Plaintiff's motion [55] to dismiss Counts II, III, IV, V and VI of Lifewatch's counterclaims is taken under advisement. Defendant Lifewatch Corp. shall respond by February 15, 2008. Plaintiff may reply by February 22, 2008. Motion hearing set on January 31, 2008 is stricken.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|