UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 2 4 2008

JUDGE SUZANNE B. CONLON
United States District Court

| | |
|---|---|
| CARDIONET, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, <br><br> Defendants, <br><br> LIFEWATCH CORP., <br><br> Counter-plaintiff, <br><br> v. <br><br> CARDIONET, INC., <br><br> Counter-defendant. | Case No. 07C 6625 <br><br> District Judge Suzanne B. Conlon <br><br> Magistrate Judge Morton Denlow |

## STIPULATED CONSENT INJUNCTION

Plaintiff and Counter-defendant CardioNet, Inc. ("CardioNet") and Defendant and Counter-plaintiff LifeWatch Corp. ("LifeWatch") hereby stipulate and agree, through their attorneys, to the entry of this Stipulated Consent Injunction. CardioNet and LifeWatch agree and the Court orders that:

    1.    LifeWatch and its affiliates (including Card Guard Scientific Survival Ltd.), officers, agents, servants, employees, representatives, and attorneys, and all other persons or entities acting on behalf of LifeWatch, or under the direction and authority of LifeWatch, or in

concert or in participation with LifeWatch, who receive actual notice of this order by personal service or otherwise (the "LifeWatch Parties") will not use any information obtained through inspection of the interior of any part of CardioNet's MCOT device in the design, development, or modification of any product distributed, marketed, or developed by any LifeWatch Party.

2.  CardioNet and its affiliates, officers, agents, servants, employees, representatives, and attorneys, and all other persons or entities acting on behalf of CardioNet, or under the direction and authority of CardioNet, or in concert or in participation with CardioNet, who receive actual notice of this order by personal service or otherwise (the "CardioNet Parties") will not use any information obtained through inspection of the interior of any part of LifeWatch's LifeStar ACT device in the design, development, or modification of any product distributed, marketed, or developed by any CardioNet Party.

3.  This Stipulated Consent Injunction is without prejudice to the rights of CardioNet or LifeWatch to seek additional relief, including preliminary or permanent injunctive relief (other than the injunctive relief that is the subject of this Stipulated Consent Injunction) or damages.

4.  The Court retains jurisdiction over compliance with this Stipulated Consent Injunction.

Dated: January 17, 2008

Respectfully submitted,
LIFEWATCH CORP.

By: \s Sean Gallagher

Sean Gallagher
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP

Respectfully submitted,
CARDIONET, INC.

By: \s Michael F. Kelleher

FOLGER LEVIN & KAHN LLP
Richard Keenan (admitted pro hac vice)
Michael F. Kelleher (admitted pro hac vice)

Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

Julie L. Fieber (admitted pro hac vice)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Thomas L. Duston
Gregory J. Chinlund
Julianne Hartzell
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448
tduston@marshallip.com
gchinlund@marshallip.com

Attorneys for Plaintiff CARDIONET, INC.

IT IS SO ORDERED.

Dated: __1/30_____, 2008

_____
United States District Court Judge

19084\2010\583976.1
19084\2010\584085.2