### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Cardionet, Inc.

                              Plaintiff,

v.                                                    Case No.: 1:07–cv–06625
                                                      Honorable Suzanne B. Conlon

Lifewatch Corp., et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

    MINUTE entry before Judge Morton Denlow :This case has been referred to Judge
Denlow to conduct a settlement conference. The parties are directed to review and to
comply with Judge Denlow's Standing Order Setting Settlement Conference. Copies are
available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov.
Judge Denlow requires full compliance with this standing order before conducting a
settlement conference. Failure to comply with the provisions of the Court's Standing
Order Setting Settlement Conference may result in the unilateral cancellation of the
settlement conference by the Court. The parties shall jointly contact the courtroom deputy,
Donna Kuempel at 312/435–5857, with mutually agreeable dates or appear at 10:00 a.m.
on 3/6/08 to set a settlement conference date. Because of the volume of settlement
conferences conducted by Judge Denlow, once a settlement conference date has been
agreed upon, no continuance will be granted without a motion showing extreme hardship.
Parties are required to deliver to chambers or fax to chambers (312/554–8547) copies of
their most recent settlement demands and offers at least three (3) business days prior to the
settlement conference.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.