# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 2/27/2008 |
| **CASE TITLE** | CARDIONET, INC. v. LIFEWATCH CORP., et al. | | |

**DOCKET ENTRY TEXT**

Counter-defendant CardioNet, Inc.'s motion to dismiss Counts II through VI of LifeWatch Corp.'s counterclaims [54, 55] is granted in part. Counts II, III, and IV are dismissed. Counter-defendant CardioNet, Inc. shall answer Counts I, V, and VI by March 13, 2008. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|