## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 2/27/2008 |
| **CASE TITLE** | CARDIONET, INC. v. LIFEWATCH CORP., *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss Counts I, II, III, V and VII of the second amended complaint [35] is granted in part. Count VII is dismissed in its entirety. Counts II and III are dismissed to the extent they allege defendants converted and fraudulently misappropriated information contained in the MCOT kits. The motion is denied in all other respects. Defendants shall answer Counts I, II, III, IV, V, and VI by March 10, 2008. The parties shall comply with Rule 26(a)(1) by March 14, 2008. Plaintiff shall comply with Rule 26(a)(2) by May 1, 2008; defendants compliance is due May 30, 2008. All discovery shall be completed and any dispositive motions shall be filed with supporting memoranda by June 27, 2008. The parties shall present their joint final pretrial order and agreed pattern jury instructions on July 22, 2008 at 9:00 am; plaintiff's draft pretrial order shall be given to defendants by July 10, 2008. The case is placed on the August trial calendar. THESE DATES ARE FIRM. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|