UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Denlow |
| Defendants. | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of CARDIONET'S REPLY TO DEFENDANT LIFEWATCH'S COUNTERCLAIMS was served via the court's CM/ECF system to the email address on file with the Court on March 13, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP

1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

    /s/ Julie L. Fieber
Julie L. Fieber

Attorney for Plaintiff and Counter-defendant
CardioNet, Inc.

19084\2010\592761.1

-2-