UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

_____

**NOTICE OF JOINT MOTION TO MODIFY SCHEDULE**
_____

**TO:**   Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

1

Please take notice that on Tuesday April 29, 2008, at 9:00 a.m. Plaintiff CardioNet, Inc. will present **JOINT MOTION TO MODIFY SCHEDULE** before the Hon. Judge Suzanne B. Conlon in room 1743 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois. A copy of the motion has been served separately.

Dated:  April 24, 2008                          Respectfully submitted,

                                                CARDIONET, INC.

                                                By:  /s/ Julie L. Fieber

                                                FOLGER LEVIN & KAHN LLP
                                                Michael F. Kelleher (admitted pro hac vice)
                                                Julie L. Fieber (admitted pro hac vice)
                                                Amy L. Kashiwabara (admitted pro hac vice)
                                                Richard Keenan (admitted pro hac vice)
                                                Embarcadero Center West
                                                275 Battery Street, 23rd Floor
                                                San Francisco, CA 94111
                                                Telephone: (415) 986-2800
                                                Facsimile: (415) 986-2827

                                                Thomas L. Duston
                                                Gregory J. Chinlund
                                                Julianne M. Hartzell
                                                MARSHALL, GERSTEIN & BORUN LLP
                                                233 South Wacker Drive, 6300 Sears Tower
                                                Chicago, Illinois 60606-6357
                                                Telephone: (312) 474-6300
                                                Facsimile: (312) 474-0448
                                                tduston@marshallip.com
                                                gchinlund@marshallip.com
                                                jhartzell@marshallip.com

                                                Attorneys for Plaintiff CARDIONET, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF JOINT MOTION TO MODIFY SCHEDULE** was served via the court's CM/ECF system to the email address on file with the Court on April 24, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

           /s/ Julie L. Fieber
           Julie L. Fieber

           Attorney for Plaintiff CardioNet, Inc.

19084\2010\598504.1