UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARDIONET, INC., | |
| Plaintiff, | Case No. 07C 6625 |
| v. | District Judge Suzanne B. Conlon |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | Magistrate Judge Morton Denlow |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

**JOINT MOTION TO MODIFY SCHEDULE**

CardioNet, Inc., Lifewatch Corp., Hanna Konarzewska, M.D., Joel Lehman and Lisa Ament (collectively "the Parties") participated in a settlement conference conducted by Magistrate Judge Denlow on April 16, 2008. At that settlement conference, the parties reached an agreement in principle. In order to allow the Parties to finalize a settlement agreement, the Parties have stipulated to an extension of time of 21 days for all pending deadlines in the case. The Parties respectfully request that the Court enter an order extending all deadlines in the case for 21 days.

- 1 -

Dated: April 24, 2008

| | |
|---|---|
| Respectfully submitted,<br>LIFEWATCH CORP. | Respectfully submitted,<br>CARDIONET, INC. |
| By: /s/ Kevin J. Perra_____ | By:  /s/ Julie L. Fieber |
| Sean Gallagher<br>Bartlit Beck Herman Palenchar & Scott LLP<br>Courthouse Place<br>54 West Hubbard Street<br>Chicago, Illinois 60610 | FOLGER LEVIN & KAHN LLP<br>Michael F. Kelleher (admitted pro hac vice)<br>Julie L. Fieber (admitted pro hac vice)<br>Amy L. Kashiwabara (admitted pro hac vice)<br>Richard Keenan (admitted pro hac vice)<br>Embarcadero Center West |
| Kevin J. Perra (admitted pro hac vice)<br>Alexander Kaplan (admitted pro hac vice)<br>PROSKAUER ROSE LLP<br>1585 Broadway Street<br>New York, NY 10036-8299 | 275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |
| Attorneys for Defendants | Thomas L. Duston<br>Gregory J. Chinlund<br>Julianne M. Hartzell<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive, 6300 Sears Tower<br>Chicago, Illinois 60606-6357<br>Telephone: (312) 474-6300<br>Facsimile: (312) 474-0448<br>tduston@marshallip.com<br>gchinlund@marshallip.com<br>jhartzell@marshallip.com |
| | Attorneys for Plaintiff CARDIONET, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **JOINT MOTION TO MODIFY SCHEDULE** was served via the court's CM/ECF system to the email address on file with the Court on April 24, 2008 to:

Sean Gallagher
Bartlit Beck Herman Palenchar & Scott LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610

Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
PROSKAUER ROSE LLP
1585 Broadway Street
New York, NY 10036-8299

Attorneys for Defendants

        /s/ Julie L. Fieber
Julie L. Fieber

Attorney for Plaintiff CardioNet, Inc.

19084\2010\598500.1