# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 4/29/08 |
| **CASE TITLE** | CARDIONET, INC. vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

Joint motion [80] to modify schedule is entered and continued to May 2, 2008 at 10:00 a.m. Parties shall contact the courtroom deputy on May 1, 2008 after 2:00 p.m. to determine if appearance is required.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:07-cv-06625   Document 82   Filed 04/29/2008   Page 1 of 1

07C6625 CARDIONET, INC. vs. LIFEWATCH CORP., ET AL                Page 1 of 1