# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6625 | **DATE** | 5/2/2008 |
| **CASE TITLE** | CARDIONET, INC. vs. LIFEWATCH CORP., ET AL | | |

**DOCKET ENTRY TEXT**

Motion hearing held. The case is dismissed pursuant to the settlement agreement. Plaintiff's joint motion to modify schedule is moot. All previously set dates are vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|