UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



MAY 2 0 2008

JUDGE SUZANNE B. CONLON
United States District Court

| | |
|---|---|
| CARDIONET, INC., | Case No. 07C 6625 |
| Plaintiff, | District Judge Suzanne B. Conlon |
| v. | Magistrate Judge Morton Denlow |
| LIFEWATCH CORP., HANNA KONARZEWSKA, M.D., JOEL LEHMAN and LISA AMENT, | |
| Defendants, | |
| LIFEWATCH CORP., | |
| Counter-plaintiff, | |
| v. | |
| CARDIONET, INC., | |
| Counter-defendant. | |

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their settlement agreement entered into as of May 1, 2008.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of

1

enforcing the terms of the settlement agreement through May 1, 2013.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 19, 2008

ENTER:

*Suzanne B. Conlon*
JUDGE

AGREED TO BY:

LIFEWATCH CORP.

By: *Kevin J. Perra*

PROSKAUER ROSE LLP
Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
1585 Broadway Street
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

Sean Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Attorneys for Defendants*

CARDIONET, INC.

By: *Julianne Hartzell*

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (admitted pro hac vice)
Amy L. Kashiwabara (admitted pro hac vice)
Richard Keenan (admitted pro hac vice)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Thomas L. Duston
Gregory J. Chinlund
Julianne M. Hartzell
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

*Attorneys for Plaintiff*

enforcing the terms of the settlement agreement through May 1, 2013.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: May 19, 2008

ENTER:

*Suzanne B. Conlon*
JUDGE

AGREED TO BY:

LIFEWATCH CORP.

By: *[signature]*

PROSKAUER ROSE LLP
Kevin J. Perra (admitted pro hac vice)
Alexander Kaplan (admitted pro hac vice)
1585 Broadway Street
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

Sean Gallagher
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard Street
Chicago, Illinois 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

*Attorneys for Defendants*

CARDIONET, INC.

By: *Julianne Hartzell*

FOLGER LEVIN & KAHN LLP
Michael F. Kelleher (admitted pro hac vice)
Amy L. Kashiwabara (admitted pro hac vice)
Richard Keenan (admitted pro hac vice)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

Thomas L. Duston
Gregory J. Chinlund
Julianne M. Hartzell
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive, 6300 Sears Tower
Chicago, Illinois 60606-6357
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

*Attorneys for Plaintiff*